# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| FELDMAN, MARTIN L.C. | EASTERN DISTRICT OF LOUISIANA | 03/17/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active U S DISTRICT JUDGE | ☐ Nomination, Date <br> ☐ Initial ☒ Annual ☐ Final <br><br> 5b. ☐ Amended Report | 01/01/2006 to 12/31/2006 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 500 POYDRAS STREET, Rm. 555 <br> NEW ORLEANS, LA 70130 | Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[X] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

[X] NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2007 MAR 29 A 10: 51 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.* *(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | University of Zurich | March 4-8, 2006 - Lecturer. U. of Zurich paid transportation and lodging |
| 2. | Federal Judicial Center | July 23-26, 2006 - Attend National Sentencing Policy Institute in Washington DC. FJC paid lodging and travel |
| 3. | Bar Association of San Francisco | October 5-8, 2006 - Speaker at Pacific Admiralty Seminar. Travel and lodging paid by Bar Assoc. of San Francisco |
| 4. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FELDMAN, MARTIN L.C. | 03/17/2007 |

5.

6.

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]    NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X]    NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FELDMAN, MARTIN L.C. | 03/17/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Home Life Ins. Co. | A | None | K | T | acquired | /83 | K | | |
| 2. Morgan Keegan & Co. | A | Interest | J | T | acquired | 12/97 | J | | |
| 3. N.O. La.#1 - 20% Owner | E | Rent | O | W | acquired | /60 | O | | appraisal date unknown |
| 4. | | | | | sold | 6/06 | | | |
| 5. N.O. La.#2 - 20% Owner | B | Rent | M | W | acquired | /60 | M | | appraisal date unknown |
| 6. | | | | | sold | 6/06 | | | |
| 7. Newell Rubbermaid | D | Dividend | J | T | acquired | 1/8 | J | | |
| 8. FHLMC | D | Interest | J | T | acquired | 2/6 | J | | |
| 9. FHLMC | D | Interest | J | T | acquired | 6/1 | J | | |
| 10. FHLMC | D | Interest | J | T | acquired | 9/20 | J | | |
| 11. Input/Output Corp. | D | Dividend | J | T | acquired | 10/6 | J | | |
| 12. | | | | | sold | 3/9 | J | A | |
| 13. General Electric | D | Dividend | J | T | inherited | | J | | |
| 14. | | | | | part sale | 10/11 | J | A | |
| 15. Citizens Communications | C | Dividend | J | T | acquired | 10/26 | J | | |
| 16. | | | | | part. sale | 3/21 | J | A | |
| 17. RMK Select Hi Income | B | Dividend | J | T | acquired | 11/8 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FELDMAN, MARTIN L.C. | 03/17/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | sold | 11/20 | J | A | |
| 19.  RMK Strategic Income | A | Dividend | J | T | acquired | 3/18 | J | | |
| 20. | | | | | partial sale | 10/17 | J | B | |
| 21.  Bank of America | D | Dividend | J | T | acquired | 6/2 | J | | |
| 22. | | | | | sold | 10/17 | J | B | |
| 23.  Eaton Vance | D | Dividend | J | T | acquired | 6/7 | J | | |
| 24.  AM Funds Capital | D | Dividend | J | T | acquired | 6/7 | J | | |
| 25.  Panhandle Eastern | D | Interest | J | T | acquired | 7/14 | J | | |
| 26.  Pride International | D | Dividend | J | T | acquired | 7/2 | J | | |
| 27.  UTS Municipal Inc. Trust | B | Interest | K | T | acquired | /90 | K | | |
| 28.  Health & Retirement Group now HRPT Properties | A | Dividend | J | T | acquired | 9/98 | J | | |
| 29.  U.S. Surgical Corp. | A | Interest | J | T | acquired | 4/98 | J | | |
| 30.  Fred Meyer, Inc. | A | Interest | K | T | acquired | 3/98 | K | | |
| 31.  Pulaski Co. | A | Interest | J | T | acquired | 3/00 | J | | |
| 32.  GNMA | A | Interest | J | T | acquired | 6/01 | J | | |
| 33.  GNMA | A | Interest | J | T | acquired | 6/01 | J | | |
| 34.  Ocean Energy Notes | B | Interest | K | T | acquired | 10/01 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| FELDMAN, MARTIN L.C. | 03/17/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. AIM Basic Value Fund | A | Dividend | J | T | acquired | 3/02 | J | | |
| 36. | | | | | sold | 11/1 | J | A | |
| 37. FNMA | A | Dividend | J | T | acquired | 3/02 | | | |
| 38. Colonial Bank | A | Interest | K | T | acquired | 5/02 | | | |
| 39. Transocean | A | Dividend | J | T | acquired | 5/03 | J | | |
| 40. | | | | | partial sale | 10/05 | J | | |
| 41. Infinity Proper. & Cas. | A | Dividend | J | T | acquired | 3/03 | J | | |
| 42. J.P. Morgan Chase | A | Dividend | J | T | acquired | 2/03 | J | | |
| 43. | | | | | sold | 1-/18 | J | C | |
| 44. NGP Capital Resources | D | Dividend | J | T | acquired | 3/21 | J | | |
| 45. Pimco Corp. Income | D | Dividend | J | T | acquired | 2/8 | J | | |
| 46. Dividend Capital | D | Dividend | J | T | acquired | 2/23 | J | | |
| 47. FNMA | E | Interest | J | T | acquired | 4/22 | J | | |
| 48. FHLMC | D | Interest | J | T | acquired | 4/6 | J | | |
| 49. FNMA | D | Interest | J | T | acquired | 4/27 | J | | |
| 50. GNMA | D | Interest | J | T | acquired | 5/16 | J | | |
| 51. Pimco Corp. | D | Dividend | J | T | acquired | 5/27 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FELDMAN, MARTIN L.C. | 03/17/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Truststreet Prop. | D | Dividend | J | T | acquired | 6/3 | J | | |
| 53. Unied Commercial Banks | D | Dividend | J | T | acquired | 7/12 | J | | |
| 54. 3M | D | Dividend | J | T | acquired | 7/26 | J | | |
| 55. | | | | | sold | 7/7 | J | | |
| 56. Petrohawk Energy | D | Dividend | J | T | acquired | 8/3 | J | | |
| 57. | | | | | sold | 3/20 | J | A | |
| 58. FNMA | D | Interest | J | T | acquired | 8/17 | J | | |
| 59. Direct General | D | Dividend | J | T | acquired | 8/18 | J | | |
| 60. | | | | | sold | 8/18 | J | | |
| 61. TGC Industries | D | Dividend | J | T | acquired | 8/25 | J | | |
| 62. | | | | | sold | 2/7 | J | | |
| 63. Direct General | D | Dividend | J | T | acquired | 8/24 | J | | |
| 64. | | | | | sold | 1/23 | J | | |
| 65. TGC Industries | D | Dividend | J | T | acquired | 10/3 | J | | |
| 66. | | | | | sold | 2/16 | J | | |
| 67. AGCO Corp. | D | Dividend | J | T | acquired | 12/6 | J | | |
| 68. | | | | | sold | 4/6 | J | B | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FELDMAN, MARTIN L.C. | 03/17/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. W&T Offshore | D | Dividend | J | T | acquired | 12/9 | J | | |
| 70. | | | | | sold | 1/9 | J | A | |
| 71. RMK Select Intermediate | A | Dividend | J | T | acquired | 3/18 | J | | |
| 72. Alliance Bernstein | | Dividend | J | T | acquired '05 | 12/16 | J | | |
| 73. Bronco Drilling | D | Dividend | J | T | acquired | 2/17 | J | | |
| 74. | | | | | sold | 4/5 | J | A | |
| 75. Sun Microsystems | C | Dividend | J | T | acquired | 2/16 | J | | |
| 76. | | | | | sold | 4/17 | J | A | |
| 77. General Electric | D | Dividend | J | T | acquired | 1/30 | J | | |
| 78. RMK Multi-Sector | D | Interest | J | T | acquired | 1/19 | J | | |
| 79. RMK Multi-Sector | D | Interest | J | T | acquired | 1/19 | J | | |
| 80. Watson Pharmaceuticals | D | Dividend | J | T | acquired | 1/9 | J | | |
| 81. Petroquest Energy | D | Dividend | J | T | acquired | 3/29 | J | | |
| 82. | | | | | sold | 4/27 | J | A | |
| 83. FHLMC | D | Interest | J | T | acquired | 3/30 | J | | |
| 84. Quicksilver Resources | D | Dividend | J | T | acquired | 4/10 | J | | |
| 85. FNMA | D | Interest | J | T | acquired | 5/2 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FELDMAN, MARTIN L.C. | 03/17/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Hercules Offshore | D | Dividend | J | T | acquired | 4/28 | J | | |
| 87. Morgan Keegan Ideas #3 | D | Interest | J | T | acquired | 4/25 | J | | |
| 88. Dresser Rand Group | D | Dividend | J | T | acquired | 5/10 | J | | |
| 89. | | | | | sold | 12/20 | J | | |
| 90. FNMA | D | Interest | J | T | acquired | 5/2 | J | | |
| 91. FNMA | D | Interest | J | T | acquired | 6/13 | J | | |
| 92. FHLMC | D | Interest | J | T | acquired | 6/19 | J | | |
| 93. HCA, Inc. | D | Interest | J | T | acquired | 6/22 | J | | |
| 94. Tyco International | D | Interest | J | T | acquired | 6/22 | J | | |
| 95. PIMCO Corp. | D | Dividend | J | T | acquired | 6/30 | J | | |
| 96. FHLMC | D | Interest | J | T | acquired | 7/5 | J | | |
| 97. Western Asset | D | Dividend | J | T | acquired | 6/29 | J | | |
| 98. | | | | | sold | 12/11 | J | A | |
| 99. RMK Select | D | Dividend | J | T | acquired | 6/26 | J | | |
| 100. Citigroup | D | Dividend | J | T | acquired | 7/3 | J | | |
| 101. GNMA | E | Interest | K | T | acquired | 7/3 | K | | |
| 102. Toyota Motor Credit | E | Interest | K | T | acquired | 7/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| FELDMAN, MARTIN L.C. | 03/17/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Senior Housing Prop. | A | Dividend | J | T | acquired | 7/31 | J | | |
| 104. | | | | | sold | 7/31 | J | A | |
| 105. Helmerich & Payne | D | Dividend | J | T | acquired | 7/31 | J | | |
| 106. FHLMC | E | Interest | K | T | acquired | 7/7 | K | | |
| 107. GNMA | E | Interest | K | T | acquired | 7/3 | K | | |
| 108. FHLMC | D | Interest | J | T | acquired | 7/3 | J | | |
| 109. Prospect Energy | C | Dividend | J | T | acquired | 8/11 | J | | |
| 110. FHLMC | D | Interest | J | T | acquired | 7/25 | J | | |
| 111. General Electric | D | Dividend | J | T | acquired | 8/29 | J | | |
| 112. General Electric | D | Dividend | J | T | acquired | 10/3 | J | | |
| 113. Endurance Specialty | D | Dividend | J | T | acquired | 9/21 | J | | |
| 114. Endurance Specialty | D | Dividend | J | T | acquired | 10/3 | J | | |
| 115. Twenty First Century | D | Dividend | J | T | acquired | 11/1 | J | | |
| 116. Appolo Investments | D | Dividend | J | T | acquired | 10/31 | J | | |
| 117. Provident Energy | D | Dividend | J | T | acquired | 11/29 | J | | |
| 118. Prospect Energy | D | Dividend | J | T | acquired | 12/20 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signa                                                      Date 3.23.07

NOT                                      SIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL
AND

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544